IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                                        F I L E D
                                                  UNITED STATES DISTRICT COURT
                                                      DENVER, COLORADO

                                                        APR 27 2011

                                                    GREGORY C. LANGHAM
                                                                    CLERK
```

Civil Action No. 11-cv-0249-BNB

DANIEL L. DENNY,

    Applicant,

v.

SUSAN JONES, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

### ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 27, 2011, at Denver, Colorado.

                            BY THE COURT:

                            s/ Boyd N. Boland
                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00249-BNB

Daniel L Denny
Prisoner No. 83926
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 27, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk