FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 5 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Lewis T. Babcock**

Civil Action No. 11-cv-00249-LTB

DANIEL L. DENNY,

    Applicant,

v.

SUSAN JONES, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## SECOND ORDER TO PROVIDE STATE COURT RECORDS

On April 29, 2011, the Court entered an order instructing Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete records of Mr. Bynum's state court proceedings in Case Nos. 06CR3887 and 07CR257, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. Respondents were directed to submit the records within thirty days of the April 29 Order. Copies of the April 29 Order were sent to the Clerk of the Court for Adams County District Court, the Assistant Solicitor General, and the Court Services Manager.

As of the date of this Order, the Court has not received the records. Respondents will be ordered again to provide the state court records in the above-noted state criminal case. Accordingly, it is

ORDERED that Respondents provide the state court records for Colorado Criminal Case Nos. 06CR3887 and 07CR257, as described above, and as required under Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts within twenty-one days of the date of this Order. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the following for assistance in facilitating the provision of the needed state court records:

(1) Clerk of the Court
Adams County District Court
1100 Judicial Drive
Brighton, Colorado 80601;

(2) Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman Street
Denver, Colorado 80203; and

(3) Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado 80202

Dated: June 15, 2011

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00249-BNB

Daniel L Denny
Prisoner No. 83926
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215

Clerk of the Court
Adams County District Court
1100 Judicial Drive
Brighton, Colorado 80601

Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman St
Denver, Colorado 80203

Court Services Manager
State Court Administrator's Office
101 W Colfax, Ste. 500
Denver, Colorado 80202

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 15, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk