IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Lewis T. Babcock**

Civil Action No. 11-cv-00249-LTB

DANIEL L. DENNY,

    Applicant,

v.

SUSAN JONES, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

THIRD ORDER TO PROVIDE STATE COURT RECORDS

On April 29, 2011, the Court entered an order instructing Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete records of Mr. Denny's state court proceedings in Case Nos. 06CR3887 and 07CR257, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  Respondents were directed to submit the records within thirty days of the April 29 Order.  Copies of the April 29 Order were sent to the Clerk of the Court for Adams County District Court, the Assistant Solicitor General, and the Court Services Manager.

On June 15, 2011, the Court entered a Second Order to Provide State Court Records as the requested records had not been provided to the Court.  In response to the June 15 Order, the Court received a paper copy of the trial court record and CD copies of the transcripts for the May 20, 2008 Hearing, the July 15, 2008 Hearing, and the October 1, 2008 Hearing.  The Court, however, has not received a copy of the

transcript of the April 11, 2008 Hearing during which Applicant entered his plea. The Court notes that in the transcript of the May 20, 2008 hearing the judge stated that he reviewed "the transcript, or a rough draft of the transcript that was prepared on that plea hearing." *See* Trial Tr., May 20, 2008 Hr'g at 5. Accordingly, it is

ORDERED that Respondents provide either in paper or CD format the transcript of the April 11, 2008 Plea Hearing as required under Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts by August 8, 2011, or show cause why the transcript of the April 11, 2008 Plea Hearing is not available. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the following for assistance in facilitating the provision of the needed state court records:

(1) Clerk of the Court
Adams County District Court
1100 Judicial Drive
Brighton, Colorado 80601;

(2) Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman Street
Denver, Colorado 80203; and

(3) Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado 80202

Dated: August 2, 2011

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court