**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Lewis T. Babcock

CIVIL ACTION NO. 11-cv-00249 LTB

DANIEL L. DENNY

    Petitioner,

vs.

SUSAN JONES, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __22nd__ day of __May__, 2013.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock
    Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00249 LTB

Adams County District Court
Adams County Justice Center
1100 Judicial Center Dr.
Brighton, CO 80601

Daniel L. Denny
# 83926
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777

Patricia Rae Van Horn - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  05/22/2013  .

                      JEFFREY P. COLWELL, CLERK

                      By: s/ D. Berardi
                            Deputy Clerk